FILED

MAR 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08 0670 |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED the complaint is DISMISSED without prejudice.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ Rosemary M. Collyer
United States District Judge

Date: 3/25/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JULIA MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 0670 |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, | ) |
| Defendants. | ) |

**DISMISSAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED the complaint is DISMISSED without prejudice.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ Rosemary M. Collyer
United States District Judge

Date: 3/25/08